## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BRIAN HUGHES**                                                              **PLAINTIFF**
**ADC #119986**

**v.**                                   **CASE NO. 4:17-CV-00392 BSM**

**DOC HOLIDAY, et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE